

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D　+1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 18, 2021

**VIA ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:　*Burbon v. Ehrman Kits Limited, Case No. 1:21-cv-01441*

Dear Judge Levy:

We represent defendant Ehrman Kits Limited ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 18, 2021 to December 2, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:　All counsel of record (by ECF)

**Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ►
Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ►** For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms