UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

               Plaintiff,

-against-

EHRMAN KITS LIMITED,

               Defendants.
-------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1: 21-cv-1441-NGG-RML

**NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by her counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Ehrman Kits Limited.

Dated: New York, New York
         December 1, 2021

THE MARKS LAW FIRM, PC

By:_____
Bradly G. Marks
Attorney for Plaintiff
54 W 40th Street, Suite 1131
New York, NY 10018
T:(646) 770-3775
F: (646) 770- 2639
Brad@markslawfirm.net

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 1/18/24